UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____        _____
                                                                                                    Signature

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |

## Certified Mail / RR

Amex
Po Box 981540
El Paso, TX 79998

Attn: Pres./CEO/ Reg. Agent

Bank of America
4909 Savarese Circle
Tampa, FL 33634

Attn: Pres./CEO/ Reg. Agent

Barclays Bank Delaware
Po Box 8801
Wilmington, DE 19899

Attn: Pres./CEO/ Reg. Agent

Chase Card Services
Po Box 15298
Wilmington, DE 19850

Attn: Pres./CEO/ Reg. Agent

Chase Mortgage
Chase Records Center/Attn: Correspondenc
Mail Code LA4 5555 700 Kansas Ln
Monroe, LA 71203

Attn: Bankruptcy

Citibank/The Home Depot
Citicorp Credit Srvs
Po Box 790034
St Louis, MO 63179

Attn: Pres./CEO/ Reg. Agent

Fifth Third Bank
Maildrop RCSB3E 1830 E Paris Ave SE
Grand Rapids, MI 49546

Attn: Pres./CEO/ Reg. Agent

Secaucus Tax Collector
1203 Paterson Plank Road
Secaucus, NJ 07094

Attn: Bankruptcy

Select Portfolio Servicing, Inc
Po Box 65250
Salt Lake City, UT 84165

Attn: Bankruptcy

TD Bank, N.A.
P.O. Box 1931
Burlingame, CA 94011

Attn: Pres./CEO/ Reg. Agent

Upstart
Po Box 1503
San Carlos, CA 94070

Attn: Pres./CEO/ Reg. Agent

## Regular Mail

Assumpta M. Vasquez
110 Lucht pl
Secaucus, NJ 07094

Fed Loan Servicing
Po Box 69184
Harrisburg, PA 17106

Attn: Bankruptcy

Higher Education Student Assistance Auth
Hesaa Servicing
Po Box 548
Trenton, NJ 08625

Attn: Bankruptcy

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Attn: Bankruptcy

New York Dept of Finance
PO Box 29021
New York, NY 11202

Attn: Bankruptcy

Portfolio Recovery
120 Corporate Blvd
Norfolk, VA 23502

Attn: Bankruptcy

Prosper Funding LLC
221 Main Street
Suite 300
San Francisco, CA 94105

Attn: Bankruptcy

Sofi Lending Corp
375 Healdsburg Avenue Suite 280
Healdsburg, CA 95448

Attn: Bankruptcy