| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | Order Filed on April 26, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>  RAYMOND A. VASQUEZ | Case No.:  21-11342JKS<br><br>Hearing Date:  4/22/2021<br><br>Judge:  JOHN K. SHERWOOD |

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: April 26, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.:  21-11342JKS

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 04/22/2021 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must convert case to Chapter 11.