| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** |
| IN RE:<br><br>  RAYMOND A. VASQUEZ |

Order Filed on April 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  21-11342JKS

Hearing Date:  4/22/2021

Judge:  JOHN K. SHERWOOD

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: April 26, 2021**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Case No.:   21-11342JKS

Caption of Order:   INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 04/22/2021 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must convert case to Chapter 11.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-11342-JKS |
| Raymond A. Vasquez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 26, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

**Recip ID        Recipient Name and Address**
db              + Raymond A. Vasquez, 110 Lucht pl, Secaucus, NJ 07094-4204

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2021            Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:

**Name**              **Email Address**

David L. Stevens
                  on behalf of Debtor Raymond A. Vasquez dstevens@scura.com
                  ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;apasku@scura.com

Denise E. Carlon
                  on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                  magecf@magtrustee.com

U.S. Trustee
                  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4