UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Case No.: _____

Chapter: _____

In Re:

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1.  I, _____ :

☐ represent _____ in the this matter.

☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

☐ am the _____ in the this case and am representing myself.

2.     On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3.     I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____      _____

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

PO Box 981540
El Paso, TX 79998

Bank of America, N.A.
PO Box 982284
El Paso, TX 79998

Fed Loan Servicing
Attn: Bankruptcy
PO Box 69184
Harrisburg, PA 17106

Higher Education Student
Assistance Auth
Hessa Servicing/Attn:
Bankruptcy
PO Box 548
Trenton, NJ 08625

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

Portfolio Recovery
Associates LLC
PO Box 41067
Norfolk, VA 23541

Secaucus Tax Collector
1203 Paterson Plank Road
Secaucus, NJ 07094

Barclays Bank Delaware
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899

Certified Mail
Citibank, N.A.
5800 S Corporate Place
Sioux Falls, SD 57108

Fifth Third Bank
Attn: Bankruptcy
Maildrop RCSB3E
1830 E Paris Ave SE
Grand Rapids, MI 49546

PO Box 7346
Philadelphia, PA 19101

NJCLASS
PO Box 548
Trenton, NJ 08625

Prosper Funding LLC
221 Main Street
Suite 300
San Francisco, CA 94105

Synchrony Bank/Lowes
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Sofi Lending Corp
Attn: Bankruptcy
375 Healdsburg Avenue
Suite 280
Healdsburg, CA 95448

TD BankNorth NA
70 Gray Road
Falmouth, ME 04105

Upstart
Attn: Bankruptcy
PO Box 1503
San Carlos, CA 94070

TD Bank NA
PO Box 1931
Burlingame, CA 94011

Raymond A. Vasquez
110 Lucht Place
Secaucus, NJ 07094