**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> RAYMOND A. VASQUEZ <br><br> Debtor(s) | Case No. 21-11342 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marie-Ann Greenberg, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/19/2021.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 05/17/2021.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $29,200.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,281.00 |
| Less amount refunded to debtor | $1,184.92 |

**NET RECEIPTS:** $96.08

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $96.08 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $96.08

Attorney fees paid and disclosed by debtor:    $1,687.00

**Attorney Fees:**

| Payee Name | Payee Type | Paid Outside | Paid Via Plan |
|---|---|---:|---:|
| SCURA WIGFIELD HEYER & STEVE | Attorney Fee | $1,687.00 | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | 18,907.00 | 18,370.88 | 18,370.88 | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | 18,775.00 | 18,382.44 | 18,382.44 | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | 18,471.00 | 16,892.05 | 16,892.05 | 0.00 | 0.00 |
| AMEX | Unsecured | 27,734.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 4,624.00 | 4,659.82 | 4,659.82 | 0.00 | 0.00 |
| CHASE MORTGAGE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 9,566.00 | 9,566.79 | 9,566.79 | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 64,088.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 54,214.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 53,476.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 38,463.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 1,546.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HIGHER EDUCATION STUDENT ASSIS | Unsecured | 34,371.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE | Unsecured | NA | 56,718.95 | 56,718.95 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 3,263.00 | 3,263.29 | 3,263.29 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 6,366.00 | 6,494.20 | 6,494.20 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 17,953.00 | 18,131.72 | 18,131.72 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 9,071.87 | 9,071.87 | 0.00 | 0.00 |
| NEW YORK DEPT OF FINANCE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| NJCLASS | Unsecured | 34,494.00 | 34,310.85 | 34,310.85 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 3,733.00 | 3,732.93 | 3,732.93 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 3,458.00 | 3,555.98 | 3,555.98 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 24,949.00 | 24,949.56 | 24,949.56 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SECAUCUS TAX COLLECTOR | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING INC | Secured | 0.00 | 80,948.97 | 80,948.97 | 0.00 | 0.00 |
| SOFI LENDING CORP | Unsecured | 8,983.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 6,506.00 | 6,506.85 | 6,506.85 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 7,762.00 | 7,762.77 | 7,762.77 | 0.00 | 0.00 |
| TD BANK NA | Unsecured | 11,942.00 | 11,942.42 | 11,942.42 | 0.00 | 0.00 |
| UNITED STATES TREASURY/IRS | Priority | 0.00 | 11,330.45 | 11,330.45 | 0.00 | 0.00 |
| UNITED STATES TREASURY/IRS | Unsecured | NA | 1,117.55 | 1,117.55 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 65,624.00 | 339,642.75 | 339,642.75 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $80,948.97 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$80,948.97** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $11,330.45 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$11,330.45** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$595,073.67** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $96.08 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$96.08** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/21/2021                                By: /s/ Marie-Ann Greenberg
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**