UNITED STATES BANKRUPTCY COURT
Region 3 **DISTRICT OF** _New Jersey_

In re: Raymond A. Vasquez         Case No. 21-11342
                                  Reporting Period: May 31, 2021

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | X |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | X |
| Copies of bank statements | | X | X |
| Cash disbursements journals | | NA | NA |
| Statement of Operations | | NA | NA |
| Balance Sheet | | NA | NA |
| Status of Postpetition Taxes | | NA | NA |
| Copies of IRS Form 6123 or payment receipt | | NA | NA |
| Copies of tax returns filed during reporting period | | NA | NA |
| Summary of Unpaid Postpetition Debts | | NA | NA |
| Listing of aged accounts payable | | NA | NA |
| Accounts Receivable Reconciliation and Aging | | NA | NA |
| Debtor Questionnaire | | NA | NA |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_raymond a. vasquez_                    06/20/2021
Signature of Debtor                     Date

_____               _____
Signature of Joint Debtor               Date

_____               _____
Signature of Authorized Individual*     Date

_____               _____
Printed Name of Authorized Individual   Title of Authorized Individual

In re: Raymond A. Vasquez  
      Debtor

Case No. 21-11342  
Reporting Period: May 31, 2021

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 14,502.85 | 14,502.85 |
| **RECEIPTS** | | |
| Wages (Net) | 4,115.63 | 4,115.63 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| **Total Receipts** | 4,115.63 | 4,115.63 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | 330.73 | 330.73 |
| Insurance | 179.39 | 179.39 |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 405.12 | 405.12 |
| Medical Expenses | | |
| Household Expenses | 1,591.12 | 1,591.12 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 116.12 | 116.12 |
| Gifts | | |
| Other (attach schedule) | | |
| Total Ordinary Disbursements | 2,622.48 | 2,622.48 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 500.00 | 500.00 |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | 500.00 | 500.00 |
| **Total Disbursements (Ordinary + Reorganization)** | 3,122.48 | 3,122.48 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 993.15 | 993.15 |
| **Cash - End of Month (Must equal reconciled bank statement)** | 15,496.00 | 15,496.00 |

FORM MOR-1(INDV)  
(9/99)

In re: Raymond A. Vasquez  
         Debtor

Case No. 21-11342  
Reporting Period: May 31, 2021

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| NA | NA | NA |
| **Other Taxes** | | |
| NA | NA | NA |
| **Other Ordinary Disbursements** | | |
| | NA | |
| **Other Reorganization Expenses** | | |
| NA | NA | NA |

FORM MOR-1 (INDV) (CON'T)  
(9/99)

**JONJIE LLC D/B/A QUEENTAZ**
**INCOME STATEMENT AS OF MAY 31, 2021**
**EIN: 81-4506951**

|  | May 31, 2021 MTD | May 31, 2021 YTD |
|---|---:|---:|
| **Income** | | |
| Sales | $ 0.00 | $ 0.00 |
| Cost of Good Sold | 0.00 | 0.00 |
| **Gross Profit** | 0.00 | 0.00 |
| **Expenses** | | |
| Internet Expenses | 129.95 | 649.75 |
| Membership Fees | 29.99 | 149.95 |
| Professional Fees | 500.00 | 500.00 |
| Telephone Expense | 270.34 | 1,345.67 |
| Office Supplies | 47.81 | 47.81 |
| **Total Expenses** | (978.09) | (2,693.18) |
| **Net Income/(Loss)** | $ 978.09 | $ 2,693.18 |

**Santander**

Statement Period 04/25/21 TO 05/24/21
**SANTANDER VALUE CHECKING**

For your convenience our Customer Service Center is
available from 6 am - 10 pm EST, 7 days a week.
Call us at 1-877-768-2265
Hearing and speech impaired customers may use 7-1-1.
www.santanderbank.com

**RAYMOND ANTONIO VASQUEZ JR**
**MA ASSUMPTA M VASQUEZ**
**110 LUCHT PL**
**SECAUCUS NJ 07094-4204**

0000
7 7 24

---

**SANTANDER VALUE CHECKING**                                 Statement Period 04/25/21 - 05/24/21

**RAYMOND ANTONIO VASQUEZ JR**                                           Account #
**MA ASSUMPTA M VASQUEZ**

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $13,401.48 | Current Balance | $16,459.51 |
| Deposits/Credits | +$9,284.97 | Average Daily Balance | $14,680.61 |
| Withdrawals/Debits | -$6,226.94 | | |

### Checks Posted

| Check # | Date Paid | Amount | Reference |
|---|---|---|---|
| 2360 | 05/20 | $500.00 | 0992291095 |

1 Check(s) Posted = $500.00

### Account Activity

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-25 | **Beginning Balance** | | | $13,401.48 |
| 04-26 | MILL CREEK HAND SECAUCUS /NJ US CARD PURCHASE | | $19.23 | $13,382.25 |
| 04-26 | CASH WITHDRAWAL SANTANDER D559 Secaucus /NJ US | | $100.00 | $13,282.25 |
| 04-26 | NETFLIX COM LOS GATOS /CA US CARD PURCHASE | | $19.18 | $13,263.07 |
| 04-26 | E-Z*PASSNY REBI 800-333-8655 /NY US CARD PURCHASE | | $25.00 | $13,238.07 |
| 04-26 | ALLSTATE NJ INS PREMIUM APR 21 *************46 | | $179.39 | $13,058.68 |
| 04-28 | KFC K250011 HASBROUCK HEI /NJ US CARD PURCHASE | | $36.88 | $13,021.80 |
| 04-29 | NAUTICA ECOMMER 8663764184 /PA US CARD PURCHASE REFUND | $46.33 | | $13,068.13 |
| 04-29 | JERSEY MIKES ON 8003217676 /NJ US CARD PURCHASE | | $15.78 | $13,052.35 |
| 04-29 | VENMO 8558124430 /NY US CARD PURCHASE | | $200.00 | $12,852.35 |
| 04-29 | MILL CREEK HAND SECAUCUS /NJ US CARD PURCHASE | | $19.23 | $12,833.12 |
| 04-29 | AMAZON.COM*U21V SEATTLE /WA US CARD PURCHASE | | $27.70 | $12,805.42 |
| 05-03 | TACO BELL #2897 HASBROUCK HEI /NJ US CARD PURCHASE | | $21.29 | $12,784.13 |
| 05-03 | GOOGLE *YouTube Mountain Vie/CA US CARD PURCHASE | | $64.99 | $12,719.14 |
| 05-03 | CVS/PHARMACY #0 SECAUCUS /NJ US CARD PURCHASE | | $32.93 | $12,686.21 |
| 05-03 | USA WINE TRADER SECAUCUS /NJ US CARD PURCHASE | | $31.95 | $12,654.26 |
| 05-03 | AMAZON.COM*2L7D SEATTLE /WA US CARD PURCHASE | | $5.32 | $12,648.94 |
| 05-03 | AMAZON.COM*EY2M SEATTLE /WA US CARD PURCHASE | | $10.65 | $12,638.29 |
| 05-03 | AMEX EPAYMENT ACH PMT 210503 | | $200.55 | $12,437.74 |
| 05-03 | PUBLIC SERVICE PSEG **********18 | | $232.73 | $12,205.01 |
| 05-04 | CASH WITHDRAWAL SANTANDER D559 Secaucus /NJ US | | $100.00 | $12,105.01 |
| 05-05 | HUNTER BOOT USA Payroll 210430 **39 | $4,304.24 | | $16,409.25 |
| 05-05 | AJI ASIAN CUISI SECAUCUS /NJ US CARD PURCHASE | | $31.51 | $16,377.74 |
| 05-05 | SHOPIFY* 108282 ELK GROVE VIL /IL US CARD PURCHASE | | $29.00 | $16,348.74 |
| 05-06 | CASH WITHDRAWAL SANTANDER D559 Secaucus /NJ US | | $100.00 | $16,248.74 |
| 05-06 | AMAZON.COM*2N15 SEATTLE /WA US CARD PURCHASE | | $24.47 | $16,224.27 |
| 05-06 | AMAZON.COM*O19A SEATTLE /WA US CARD PURCHASE | | $181.53 | $16,042.74 |
| 05-07 | VENMO CASHOUT 210506 ***********80 | $200.00 | | $16,242.74 |

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2018 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, and the Flame Logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States or other countries. All other trademarks are the property of their respective owners.

EQUAL HOUSING LENDER

## Account Activity (Cont. for Acct# _____)

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 05-07 | Hunter Boot USA 1312403198 /NY US CARD PURCHASE | | $39.27 | $16,203.47 |
| 05-10 | LOWES #00907* 866-483-7521 /NC US CARD PURCHASE | | $606.70 | $15,596.77 |
| 05-10 | LONGHORN STEAK ROCHELLE PARK /NJ US CARD PURCHASE | | $80.67 | $15,516.10 |
| 05-10 | BONEFISH GRILL 201-864-3004 /NJ US CARD PURCHASE | | $182.32 | $15,333.78 |
| 05-11 | KFC K250011 HASBROUCK HEI /NJ US CARD PURCHASE | | $36.88 | $15,296.90 |
| 05-11 | CVS/PHARMACY #0 SECAUCUS /NJ US CARD PURCHASE | | $49.48 | $15,247.42 |
| 05-11 | 5/3 INSTALL LOAN PAYMENT 051021 | | $695.42 | $14,552.00 |
| 05-13 | ATM CHECK DEPOSIT D559 83 | $245.00 | | $14,797.00 |
| 05-13 | PANDAN BLOOMFIELD /NJ US CARD PURCHASE | | $67.91 | $14,729.09 |
| 05-13 | AMAZON.COM*2L0E SEATTLE /WA US CARD PURCHASE | | $8.52 | $14,720.57 |
| 05-13 | AMAZON.COM*2L7E SEATTLE /WA US CARD PURCHASE | | $77.63 | $14,642.94 |
| 05-13 | ALLSTATE NJ INS PREMIUM MAY 21 | | $211.82 | $14,431.12 |
| 05-14 | VENMO CASHOUT 210513 ***********18 | $130.00 | | $14,561.12 |
| 05-14 | SHOPRITE LYNDHU LYNDHURST /NJ US CARD PURCHASE | | $58.27 | $14,502.85 |
| 05-17 | VENMO CASHOUT 210516 ***********98 | $150.00 | | $14,652.85 |
| 05-17 | CASH WITHDRAWAL VV080808 VV080808 SECAUCUS /NJ US | | $100.00 | $14,552.85 |
| 05-17 | CVS/PHARMACY #0 SECAUCUS /NJ US CARD PURCHASE | | $13.73 | $14,539.12 |
| 05-17 | LOWE'S #1942 E RUTHERFORD/NJ US CARD PURCHASE | | $251.85 | $14,287.27 |
| 05-17 | ALDI 60031 EAST RUTHERF/NJ US CARD PURCHASE | | $183.42 | $14,103.85 |
| 05-17 | CASH WITHDRAWAL SANTANDER D559 Secaucus /NJ US | | $200.00 | $13,903.85 |
| 05-17 | COMCAST 800-COMCAST /NJ US CARD PURCHASE | | $100.95 | $13,802.90 |
| 05-17 | AMAZON.COM*2L6G SEATTLE /WA US CARD PURCHASE | | $298.36 | $13,504.54 |
| 05-18 | JERSEY MIKES ON 8003217676 /NJ US CARD PURCHASE | | $42.60 | $13,461.94 |
| 05-19 | HUNTER BOOT USA Payroll 210514 **39 | $4,115.63 | | $17,577.57 |
| 05-19 | SUPERCUTS SECAU SECAUCUS /NJ US CARD PURCHASE | | $18.00 | $17,559.57 |
| 05-20 | CHECK 000000002360 | | $500.00 | $17,059.57 |
| 05-21 | AMAZON.COM*2R8M SEATTLE /WA US CARD PURCHASE | | $85.71 | $16,973.86 |
| 05-24 | AMAZON.COM SEATTLE /WA US CARD PURCHASE REFUND | $85.25 | | $17,059.11 |
| 05-24 | AMAZON.COM SEATTLE /WA US CARD PURCHASE REFUND | $8.52 | | $17,067.63 |
| 05-24 | AJI ASIAN CUISI SECAUCUS /NJ US CARD PURCHASE | | $38.73 | $17,028.90 |
| 05-24 | HOMEGOODS # 055 LYNDHURST /NJ US CARD PURCHASE | | $61.77 | $16,967.13 |
| 05-24 | SHOPRITE LYNDHU LYNDHURST /NJ US CARD PURCHASE | | $107.85 | $16,859.28 |
| 05-24 | NETFLIX COM LOS GATOS /CA US CARD PURCHASE | | $19.18 | $16,840.10 |
| 05-24 | E-Z*PASSNY REBI 800-333-8655 /NY US CARD PURCHASE | | $25.00 | $16,815.10 |
| 05-24 | AMAZON.COM*2R84 SEATTLE /WA US CARD PURCHASE | | $85.25 | $16,729.85 |
| 05-24 | VZWRLSS*BILL PA FOLSOM /CA US CARD PURCHASE | | $270.34 | $16,459.51 |
| 05-24 | **Ending Balance** | | | $16,459.51 |

## What You Need to Know About Overdrafts and Overdraft Fees

| |
|---|
| **Overview** |
| An <u>overdraft</u> occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We can cover your overdrafts in two different ways:<br>1. We have <u>standard overdraft practices</u> that come with your account.<br>2. We also offer an <u>overdraft protection plan,</u> which allows you to link other deposit accounts, such as a savings account, to cover overdrafts in your checking account. This plan may be less expensive than our standard overdraft practices. To learn more, ask us about this plan.<br>**This notice explains our <u>standard overdraft practices</u>.** |
| **What are the <u>standard overdraft practices</u> that come with my account?**<br>We <u>do</u> authorize and pay overdrafts for the following types of transactions:<br>• Checks and other transactions made using your checking account number<br>• Automatic bill payments<br>• Recurring Debit Card transactions<br>• Online Banking payments and transfers<br><br>We <u>do not</u> authorize and pay overdrafts for the following types of transactions unless you ask us to (see below):<br>• ATM transactions<br>• One-time Debit Card purchases<br><br>**We pay overdrafts at our discretion, which means we <u>do not guarantee</u> that we will always authorize and pay any type of transaction. If we do <u>not</u> authorize and pay an overdraft, your transaction will be declined.** |
| **What fees will I be charged if Santander pays an overdraft?**<br>Under our standard overdraft practices:<br>• We will charge you a fee of up to **$35** each time we pay an overdraft (maximum of six (6) per Business Day), and<br>• An additional one-time fee of **$35** will be charged on the sixth (6th) Business Day after your account has been overdrawn for five (5) consecutive Business Days. This charge generally applies to checking, savings, and money market savings accounts. See the Fee Schedule for details. |
| **What if I want Santander to authorize and pay overdrafts on my ATM and one-time Debit Card transactions?**<br>If you want us to authorize and pay overdrafts on ATM and one-time Debit Card transactions, visit a Santander branch or call our Customer Service Center at **877-768-2265**. |
| **Can I change my mind later?**<br>If you tell us that we are permitted to pay any overdrafts caused by ATM or one-time debit transactions, you can always change your mind and tell us you no longer want us to do this.<br><br>**You can visit any Santander branch or call us at 877-768-2265 to tell us you no longer want us to pay these types of overdrafts**. |

In Case of Errors or Questions About Your Electronic Transfers Telephone us at the Customer Service Center phone number shown on the top of your statement or write us at the address listed below as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

| FOR DEBIT CARD ISSUES: | FOR ALL OTHER ELECTRONIC TRANSFER ISSUES: |
|---|---|
| Santander Bank | Santander Bank |
| Attn: Card Disputes Team | Attn: Client Relations |
| MAI MB3 02 05 | 10-421-CR1 |
| P.O. Box 831002 | P.O. Box 12646 |
| Boston, MA 02283-1002 | Reading, PA 19612-2646 |

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT OTHER TRANSACTIONS ON YOUR STATEMENT**

You must contact us within thirty (30) days after you receive your statement if you think a transaction, other than an electronic transfer, shown on your statement is wrong or if you need more information about the transaction.

You may contact your nearest branch or our Customer Contact Center at 1-877-768-2265. Hearing and speech impaired customers may use 7-1-1 or their preferred relay service. We will investigate your dispute and tell you the results of that investigation.



1286002488   # 2360   05/20/21   $500.00

