UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on June 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Raymond A. Vasquez

Case No.: 21-11342

Hearing Date:

Judge: John K. Sherwood

Chapter: 11

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 25, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having determined that the final decree was entered prematurely in this case on _____June 22, 2021_____ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged
- ❏ Adversary Proceeding number _____ is pending
- ☒ Other: __Case still active_____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*