UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
973-696-8391
David L. Stevens
DStevens@Scura.com
Proposed Counsel for Debtor

Order Filed on June 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 21-11342 |
| Raymond Vasquez | Chapter: 11 |
| Debtor. | Judge: JKS |

## ORDER AUTHORIZING RETENTION OF

Scura, Wigfield, Heyer, Stevens & Cammarota, LLP

The relief set forth on the following page is **ORDERED**.

**DATED: June 28, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____SWHS&C, LLP_____

as _____Counsel for Debtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  1599 Hamburg Turnpike

    Wayne, New Jersey 07470

    _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Raymond A. Vasquez  
    Debtor

Case No. 21-11342-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2  
Date Rcvd: Jun 28, 2021    Form ID: pdf903    Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond A. Vasquez, 110 Lucht pl, Secaucus, NJ 07094-4204 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP., 1599 Hamburg Turnpike, P.O. Box 2031, Wayne, NJ 07474-2031 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2021 at the address(es) listed below:**

**Name**      **Email Address**

David L. Stevens  
     on behalf of Debtor Raymond A. Vasquez dstevens@scura.com  
     ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com

Denise E. Carlon  
     on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough  
     on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA6 DMcDonough@flwlaw.com

Michael A. Artis  
     on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 28, 2021 | Form ID: pdf903 | Total Noticed: 2

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5