**SCURA, WIGFIELD HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens
E-mail: dstevens@scura.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re:* | Case No. 21-11342-JKS |
| Raymond A. Vasquez | Chapter 11 |
| Debtor. | Hon. John K. Sherwood |

**NOTICE OF ADJOURNMENT FOR TELEPHONIC MEETING OF CREDITORS**

**TO: All Parties-in-Interest**

**PLEASE TAKE NOTICE** that Meeting of Creditors for the captioned debtor, Raymond A. Vasquez, has been scheduled for Wednesday August 18, 2021 at 10:00 AM.

All parties who wish to participate may join telephonically.

    Call in Number: (267)-930-4000

    Meeting ID: 427 625 700

YOUR PARTICIPATION IS WELCOMED, BUT NOT REQUIRED.

                                                   SCURA, WIGFIELD, HEYER,
                                                   STEVENS & CAMMAROTA, LLP
                                                   Attorneys for Debtor

Dated: July 27, 2021                            */s/ David L. Stevens*
                                                     David L. Stevens