UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents
    _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                              Signature

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ❏ Hand-delivered <br> ❏ Regular mail <br> ❏ Certified mail/RR <br> ❏ E-mail <br> ❏ Notice of Electronic Filing (NEF) <br> ❏ Other _____ <br>   (as authorized by the court *) |
| | | ❏ Hand-delivered <br> ❏ Regular mail <br> ❏ Certified mail/RR <br> ❏ E-mail <br> ❏ Notice of Electronic Filing (NEF) <br> ❏ Other _____ <br>   (as authorized by the court *) |
| | | ❏ Hand-delivered <br> ❏ Regular mail <br> ❏ Certified mail/RR <br> ❏ E-mail <br> ❏ Notice of Electronic Filing (NEF) <br> ❏ Other _____ <br>   (as authorized by the court *) |
| | | ❏ Hand-delivered <br> ❏ Regular mail <br> ❏ Certified mail/RR <br> ❏ E-mail <br> ❏ Notice of Electronic Filing (NEF) <br> ❏ Other _____ <br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ❏ Hand-delivered <br> ❏ Regular mail <br> ❏ Certified mail/RR <br> ❏ E-mail <br> ❏ Notice of Electronic Filing (NEF) <br> ❏ Other _____ <br>    (as authorized by the court *) |
|  |  | ❏ Hand-delivered <br> ❏ Regular mail <br> ❏ Certified mail/RR <br> ❏ E-mail <br> ❏ Notice of Electronic Filing (NEF) <br> ❏ Other _____ <br>    (as authorized by the court *) |
|  |  | ❏ Hand-delivered <br> ❏ Regular mail <br> ❏ Certified mail/RR <br> ❏ E-mail <br> ❏ Notice of Electronic Filing (NEF) <br> ❏ Other _____ <br>    (as authorized by the court *) |
|  |  | ❏ Hand-delivered <br> ❏ Regular mail <br> ❏ Certified mail/RR <br> ❏ E-mail <br> ❏ Notice of Electronic Filing (NEF) <br> ❏ Other _____ <br>    (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.5/14/12*

## Certified Mail

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998

Bank of America, N.A.
PO Box 982284
El Paso, TX 79998
TD BankNorth NA
70 Gray Road
Falmouth, ME 04105

TD Bank NA
PO Box 1931
Burlingame, CA 94011

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Barclays Bank Delaware
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899

Citibank, N.A.
5800 S Corporate Place
Sioux Falls, SD 57108

Fifth Third Bank
Attn: Bankruptcy Maildrop RCSB3E
1830 E Paris Ave SE
Grand Rapids, MI 49546

Synchrony Bank/Lowes
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

## Regular Mail

Sofi Lending Corp
Attn: Bankruptcy
375 Healdsburg Avenue Suite 280
Healdsburg, CA 95448

Upstart
Attn: Bankruptcy
PO Box 1503
San Carlos, CA 94070

Fed Loan Servicing
Attn: Bankruptcy
PO Box 69184
Harrisburg, PA 17106

Higher Education Student Assistance
Hessa Servicing/Attn: Bankruptcy
PO Box 548
Trenton, NJ 08625

LVNV Funding, LLC Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541

IRS
PO Box 7346
Philadelphia, PA 19101

NJCLASS
PO Box 548
Trenton, NJ 08625

Prosper Funding LLC
221 Main Street, Suite 300
San Francisco, CA 94105

Secaucus Tax Collector
1203 Paterson Plank Road
Secaucus, NJ 07094

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Synchrony Bank
c/o PRA Receivables Management
PO BOX 41021
Norfolk, VA 23541-1021