Form 195 − ntchrgdsclstat

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 21−11342−JKS
        Chapter: 11
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond A. Vasquez
   110 Lucht pl
   Secaucus, NJ 07094

Social Security No.:
   xxx−xx−8632

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON DISCLOSURE STATEMENT**

     A Disclosure Statement was filed by Raymond A. Vasquez on January 24, 2022 , pursuant to Fed. R. Bankr. P. 3016.

     The Court shall conduct a hearing as to the adequacy of such statement before Honorable John K. Sherwood on :

Date:               March 1, 2022
Time:              10:00 AM
Location:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

     Copies of the Disclosure Statement have been provided to the United States Trustee, the attorney and Chairman of the Creditors Committee, if any, the Trustee, if any, and the Securities and Exchange Commission. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

     Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the attorney and the Chairman of the Creditors Committee, if any, no later than 14 days before the date of the hearing scheduled above.

     To request copies of the Disclosure Statement, contact the proponent of the Disclosure Statement at:

Carlos D Martinez
Scura, Wigfield, Heyer, Stevens & Cammarota, LLP
1599 Hamburg Tpk
Wayne, NJ 07470
973−696−8391
Email: cmartinez@scura.com

Dated: January 26, 2022
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-11342-JKS
Raymond A. Vasquez  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　Page 1 of 3
Date Rcvd: Jan 26, 2022　　　　　　　　　　　Form ID: 195　　　　　　　　　　　　　Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond A. Vasquez, 110 Lucht pl, Secaucus, NJ 07094-4204 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP., 1599 Hamburg Turnpike, P.O. Box 2031, Wayne, NJ 07474-2031 |
| 519117606 | + | Assumpta M. Vasquez, 110 Lucht pl, Secaucus, NJ 07094-4204 |
| 519117608 | + | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519138590 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519117613 | + | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519117621 | | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCSB3E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 519144796 | + | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 519117622 | + | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, Po Box 548, Trenton, NJ 08625-0548 |
| 519144338 | + | NJCLASS, PO BOX 548, TRENTON, NJ 08625-0548 |
| 519117624 | + | New York Dept of Finance, PO Box 29021, New York, NY 10087-9021 |
| 519334717 | | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 519117626 | + | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519117627 | + | Secaucus Tax Collector, 1203 Paterson Plank Road, Secaucus, NJ 07094-3226 |
| 519148210 | | Select Portfolio Servicing Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519117628 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519117629 | + | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 519295776 | | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519125080 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519117634 | + | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 26 2022 20:29:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 26 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 26 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519150734 | | Email/PDF: bncnotices@becket-lee.com | Jan 26 2022 20:35:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519117603 | + | Email/PDF: bncnotices@becket-lee.com | Jan 26 2022 20:34:57 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519117609 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 26 2022 20:29:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519154355 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2022 20:34:59 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519117612 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2022 20:34:54 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

Case 21-11342-JKS    Doc 53    Filed 01/28/22    Entered 01/29/22 00:17:20    Desc Imaged
                         Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2022 | Form ID: 195 | Total Noticed: 42 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519144796 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com Jan 26 2022 20:29:00 | | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 519117610 | | Email/PDF: ais.chase.ebn@aisinfo.com Jan 26 2022 20:35:01 | | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519117611 | | Email/PDF: ais.chase.ebn@aisinfo.com Jan 26 2022 20:34:56 | | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 519187083 | | Email/PDF: ais.chase.ebn@aisinfo.com Jan 26 2022 20:35:01 | | JPMorgan Chase Bank, N.A., Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 519137622 | + | Email/Text: RASEBN@raslg.com Jan 26 2022 20:29:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519124554 | | Email/PDF: resurgentbknotifications@resurgent.com Jan 26 2022 20:34:54 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519117625 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2022 20:35:03 | | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519156819 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2022 20:34:57 | | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519155770 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2022 20:34:57 | | Portfolio Recovery Associates, LLC, c/o Dell Financial Services, LLC, POB 41067, Norfolk VA 23541 |
| 519164113 | | Email/Text: bnc-quantum@quantum3group.com Jan 26 2022 20:29:00 | | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519117631 | + | Email/PDF: gecsedi@recoverycorp.com Jan 26 2022 20:34:57 | | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519189829 | + | Email/PDF: gecsedi@recoverycorp.com Jan 26 2022 20:34:53 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519118399 | + | Email/PDF: gecsedi@recoverycorp.com Jan 26 2022 20:34:51 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519117632 | + | Email/PDF: gecsedi@recoverycorp.com Jan 26 2022 20:34:56 | | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519117633 | | Email/Text: bankruptcy@td.com Jan 26 2022 20:29:00 | | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519150738 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519150739 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519117604 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519117605 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519117607 | *+ | Assumpta M. Vasquez, 110 Lucht pl, Secaucus, NJ 07094-4204 |
| 519117614 | *+ | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519117615 | *+ | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519117616 | *+ | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519117617 | *+ | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519117618 | *+ | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519117619 | *+ | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |

| | | | |
|---|---|---|---|
| 519117620 | *+ | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 | |
| 519117623 | * | IRS, PO Box 7346, Philadelphia, PA 19101-7346 | |
| 519117630 | *+ | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 | |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2022        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlos D Martinez | on behalf of Debtor Raymond A. Vasquez cmartinez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;bramirez@scura.com;eflaim@scura.co |
| David L. Stevens | on behalf of Debtor Raymond A. Vasquez dstevens@scura.com ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scura.com;jechevarria&#064 |
| Denise E. Carlon | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA6 DMcDonough@flwlaw.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6