| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Fifth Third Bank* | Order Filed on March 3, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter: 11 |
| In re:<br><br>Raymond A. Vasquez<br><br>                             Debtor. | Case No.: 21-11342-JKS<br><br>Judge John K. Sherwood |

**CONSENT ORDER ALLOWING CREDITOR TO APPLY INSURANCE PROCEEDS**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 3, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtors: Raymond A. Vasquez
Case No.: 21-11342-JKS
Caption of Order: **CONSENT ORDER ALLOWING CREDITOR TO APPLY INSURANCE PROCEEDS**

THIS MATTER having been opened to the Court upon the Application for Entry of Consent Order in Lieu of Motion to Allow Creditor to Apply Insurance Proceeds, which was filed by Fifth Third Bank ("Creditor"). Whereas the Debtor and Creditor are in agreement, it is hereby

**ORDERED** that Creditor is permitted to apply the insurance proceeds and proceed with the release of its lien on the following vehicle: 2012 BMW 5 Series; VIN: WBASP4C53CC89956.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Carlos D. Martinez* | */s/Gavin N. Stewart* |
| Carlos D. Martinez, Esq. | Gavin N. Stewart, Esq. |
| Scura, Wigfield, Heyer & Stevens | Stewart Legal Group, P.L. |
| 1599 Hamburg Turnpike | 401 East Jackson Street, Suite 2340 |
| Wayne, NJ 07470 | Tampa, FL 33602 |
| *Counsel for Debtor* | *Counsel for Creditor* |