UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on March 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Raymond A. Vasquez

| | |
|---|---|
| Case No.: | 21-11342 |
| Hearing Date: | 3/15/2022 |
| Judge: | John K. Sherwood |
| Chapter: | 11 |

# ORDER APPROVING AMENDED DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 18, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

A disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by _____Raymond A. Vasquez_____ on ___March 17, 2022___ referring to a plan under Chapter 11 of the Code; and

It having been determined after hearing on notice, that the disclosure statement contains adequate information, it is

ORDERED and notice is hereby given, that:

A. The amended disclosure statement, dated March 17, 2022 is approved.

B. Within 14 days after entry of this order, copies of this order, the approved disclosure statement and the plan, together with a ballot conforming to Official Form 14, shall be mailed by the plan proponent to all creditors, equity security holders and other parties in interest as provided by Fed. R. Bankr. P. 3017(d).

C. Written acceptances, rejections or objections to the plan referred to above shall be filed with the attorney for the plan proponent not less than seven (7) days before the hearing on confirmation of the plan.

D. _____April 26, 2022_____ at ___10:00 am___ is fixed as the date and time for the hearing on confirmation of the plan.

*rev.12/1/09*