UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on March 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 21-11342 |
|---|---|---|
| Raymond A. Vasquez | Hearing Date: | 3/15/2022 |
| | Judge: | John K. Sherwood |
| | Chapter: | 11 |

### ORDER APPROVING AMENDED DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 18, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

A disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by _____Raymond A. Vasquez_____ on ___March 17, 2022___ referring to a plan under Chapter 11 of the Code; and

It having been determined after hearing on notice, that the disclosure statement contains adequate information, it is

ORDERED and notice is hereby given, that:

A. The amended disclosure statement, dated March 17, 2022 is approved.

B. Within 14 days after entry of this order, copies of this order, the approved disclosure statement and the plan, together with a ballot conforming to Official Form 14, shall be mailed by the plan proponent to all creditors, equity security holders and other parties in interest as provided by Fed. R. Bankr. P. 3017(d).

C. Written acceptances, rejections or objections to the plan referred to above shall be filed with the attorney for the plan proponent not less than seven (7) days before the hearing on confirmation of the plan.

D. _____April 26, 2022_____ at ___10:00 am___ is fixed as the date and time for the hearing on confirmation of the plan.

*rev.12/1/09*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Raymond A. Vasquez  
    Debtor

Case No. 21-11342-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Mar 18, 2022     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond A. Vasquez, 110 Lucht pl, Secaucus, NJ 07094-4204 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP., 1599 Hamburg Turnpike, P.O. Box 2031, Wayne, NJ 07474-2031 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2022     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlos D Martinez | on behalf of Debtor Raymond A. Vasquez cmartinez@scura.com ecfbkfilings@scuramealey.com;mmoreira@scura.com;dstevens@scura.com;jromero@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;bramirez@scura.com;spereyra@scur |
| David L. Stevens | on behalf of Debtor Raymond A. Vasquez dstevens@scura.com ecfbkfilings@scuramealey.com;mmoreira@scura.com;bramirez@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 18, 2022 | Form ID: pdf903 | Total Noticed: 2

    on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA6 DMcDonough@flwlaw.com

Gavin Stewart
    on behalf of Creditor Fifth Third Bank bk@stewartlegalgroup.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7