| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br><br><br><br>In Re: | Case No.: _____<br><br>Chapter: _____<br><br>Adv. No.: _____<br><br>Hearing Date: _____<br><br>Judge: _____ |
|---|---|

**CERTIFICATION OF SERVICE**

1. I, _____ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____         _____
                                                                                    Signature

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ❑ Hand-delivered <br> ❑ Regular mail <br> ❑ Certified mail/RR <br> ❑ E-mail <br> ❑ Notice of Electronic Filing (NEF) <br> ❑ Other _____ <br>    (as authorized by the court *) |
|  |  | ❑ Hand-delivered <br> ❑ Regular mail <br> ❑ Certified mail/RR <br> ❑ E-mail <br> ❑ Notice of Electronic Filing (NEF) <br> ❑ Other _____ <br>    (as authorized by the court *) |
|  |  | ❑ Hand-delivered <br> ❑ Regular mail <br> ❑ Certified mail/RR <br> ❑ E-mail <br> ❑ Notice of Electronic Filing (NEF) <br> ❑ Other _____ <br>    (as authorized by the court *) |
|  |  | ❑ Hand-delivered <br> ❑ Regular mail <br> ❑ Certified mail/RR <br> ❑ E-mail <br> ❑ Notice of Electronic Filing (NEF) <br> ❑ Other _____ <br>    (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.5/14/12*

## Certified Mail

Amex
Attn: Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998

Bank of America, N.A.
Attn: President/CEO/Registered Agent
PO Box 982284
El Paso, TX 79998

TD BankNorth NA
Attn: President/CEO/Registered Agent
70 Gray Road
Falmouth, ME 04105

TD Bank NA
Attn: President/CEO/Registered Agent
PO Box 1931
Burlingame, CA 94011

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Barclays Bank Delaware
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899

Citibank, N.A.
Attn: President/CEO/Registered Agent
5800 S Corporate Place
Sioux Falls, SD 57108

Fifth Third Bank
Attn: Bankruptcy
Maildrop RCSB3E
1830 E Paris Ave SE
Grand Rapids, MI 49546

Synchrony Bank/Lowes
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Chase Card Services
Attn: Bankruptcy
P.O. Box 15298
Wilmington, DE 19850

## Regular Mail

Sofi Lending Corp
Attn: Bankruptcy
375 Healdsburg Avenue Suite 280
Healdsburg, CA 95448

Upstart
Attn: Bankruptcy
PO Box 1503
San Carlos, CA 94070

Fed Loan Servicing
Attn: Bankruptcy
PO Box 69184
Harrisburg, PA 17106

Higher Education Student
Assistance Hessa Servicing
Attn: Bankruptcy
PO Box 548
Trenton, NJ 08625

LVNV Funding, LLC / Resurgent
Capital Services
Attn: President/ CEO/Registered Agent
PO Box 10587
Greenville, SC 29603

Portfolio Recovery Associates LLC
Attn: President/CEO/Registered Agent
PO Box 41067
Norfolk, VA 23541

IRS
Attn: Bankruptcy Department
PO Box 7346
Philadelphia, PA 19101

NJCLASS
Attn: President/CEO/Registered Agent
PO Box 548
Trenton, NJ 08625

Prosper Funding LLC
Attn: President/ CEO/Registered Agent
221 Main Street, Suite 300
San Francisco, CA 94105

Secaucus Tax Collector
Attn: Office of Tax Collector
1203 Paterson Plank Road
Secaucus, NJ 07094

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Synchrony Bank
c/o PRA Receivables Management
Attn: President/CEO/Registered Agent
PO BOX 41021
Norfolk, VA 23541-1021

US Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106

U.S. Bank NA,
c/o Frenkel, Lambert, Weiss & Gordon, LLP
Attn: Douglas McDonough, Esq.
80 Main Street, Suite 460
West Orange, NJ 07052

U.S. Bank, N.A.
c/o KML Law Group, P.C.
Attn: Denise Carlon, Esq.
701 Market Street, Suite 5000
Philadelphia, PA 19106