UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:        _____

Chapter:                    11

Hearing Date:    _____

Judge:            _____

## CERTIFICATION OF BALLOTING

| | Impaired Yes/No | Number of Ballots Cast | Number of Ballots Accepting | Number of Ballots Rejecting | Percentage of Ballots Accepting | Dollar Amount of Ballots Accepting | Dollar Amount of Ballots Rejecting | Percentage of Dollar Amount Accepting | Accept Yes/No |
|---|---|---|---|---|---|---|---|---|---|
| **CLASS I** | | | | | | | | | |
| **CLASS II** | | | | | | | | | |
| **CLASS III** | | | | | | | | | |
| **CLASS IV** | | | | | | | | | |
| **CLASS V** | | | | | | | | | |
| **CLASS VI** | | | | | | | | | |

**\*\* Add additional classes as necessary.**

If any ballots have not been included in this tally, provide an explanation:

I, _____, the ☐ attorney for the, or ☐ self represented plan proponent in this case, certify under penalty of perjury that the above is true.

Date: _____          _____
                                                           Signature

*new.8/1/15*

2