| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**SCURA, WIGFIELD, HEYER,**<br>**STEVENS & CAMMAROTA, LLP**<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>cmartinez@scura.com<br>Carlos D. Martinez, Esq.<br>*Counsel for Raymond A. Vasquez* | Order Filed on May 4, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>RAYMOND A. VASQUEZ,<br><br>               Debtor. | Case No. 21-11342<br><br>Hon. Judge: John K. Sherwood<br><br>Chapter 11<br><br>Hearing Date and Time:<br>May 3, 2022 at 10:00 a.m.. |

### ORDER CONFIRMING CHAPTER 11 PLAN OF REORGANIZATION

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: May 4, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: Raymond A. Vasquez
Case No. 21-11342
Caption of Order: Order Confirming Debtor's Amended Chapter 11 Plan of Reorganization

THIS MATTER having been brought by the debtor, Raymond A. Vasquez (the "Debtor"), by and through counsel, by filing his Amended Chapter 11 Plan of Reorganization (the "Plan") on March 17 (Docket Entry No. 68); and on May 3, 2022 (the "Confirmation Hearing") the Court having determined, after notice and hearing, that the requirements for confirmation of the Plan under 11 U.S.C. § 1129(a) have been satisfied; it is hereby

**ORDERED as follows:**

1. The Debtor's Plan (Docket Entry No. 68) dated March 16, 2022 is hereby confirmed in its entirety and as modified in accordance with the paragraphs below numbered two (2) through five (5).

2. As provided for in the Plan, all fees required to be paid by 28 U.S.C. § 1930(a)(6) will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Bankruptcy Code.

3. The Debtor's Plan lists Select Portfolio Servicing, Inc. ("SPS") as the Class One claim holder. The Debtor shall treat the Class One claim held SPS in accordance with the Consent Order between the SPS and the Debtor entered on April 26, 2022 (Docket Entry No. 75).

4. The Debtor's Plan lists the State of New Jersey – Division of Taxation ("State of New Jersey") as a holder of an estimated priority tax claim – Proof of Claim No. 22. The Debtor shall pay the priority claim held by the State of New Jersey in accordance with its Proof of Claim or any Amended Proof of Claim filed thereafter.

5. The Debtor's Plan lists the holders of General Unsecured claims as Class Five (5) claim holders. The Class Five claim holders shall receive no less than $20,297.19. The claims of NJ Class and U.S. Department of Education have been listed as Class Five claim holders (the "Student Loans Claim Holders"). Upon entry of the confirmation order, the Student Loan Claim

Debtor: Raymond A. Vasquez
Case No. 21-11342
Caption of Order: Order Confirming Debtor's Amended Chapter 11 Plan of Reorganization

Holders may retain their collection rights post confirmation as they existed prior to the filing of the bankruptcy petition in this case.

United States Bankruptcy Court

District of New Jersey

In re:  
Raymond A. Vasquez  
    Debtor

Case No. 21-11342-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: May 05, 2022     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond A. Vasquez, 110 Lucht pl, Secaucus, NJ 07094-4204 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP., 1599 Hamburg Turnpike, P.O. Box 2031, Wayne, NJ 07474-2031 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlos D Martinez | on behalf of Debtor Raymond A. Vasquez cmartinez@scura.com ecfbkfilings@scuramealey.com;mmoreira@scura.com;dstevens@scura.com;jromero@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;bramirez@scura.com;spereyra@scur |
| David L. Stevens | on behalf of Debtor Raymond A. Vasquez dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;bramirez@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as |

District/off: 0312-2 | User: admin | Page 2 of 2

Date Rcvd: May 05, 2022 | Form ID: pdf903 | Total Noticed: 2

    trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA6 DMcDonough@flwlaw.com

Gavin Stewart
    on behalf of Creditor Fifth Third Bank bk@stewartlegalgroup.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7