UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter:                    11

Judge: _____

# REPORT OF DISTRIBUTIONS
# UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution: _____    Date Plan Confirmed: _____

Check one:    ☐ Initial Distribution

☐ Subsequent Distribution

Will future distributions be made under the Plan?    ☐ Yes    ☐ No

Future distributions will be made to (*check all that apply*):

☐ Administrative fees and expenses

☐ Secured claims

☐ Priority secured claims

☐ General unsecured claims

☐ Equity security holders

Anticipated date of next distribution, if known: _____

Percentage dividend to general unsecured creditors:

Paid in this distribution: _____ %

Paid to date: _____ %

To be paid after all distributions made under Plan: _____ %

**Summary of Payments Made in This Distribution:**

$ _____    Administrative fees and expenses

$ _____    Secured claims

$ _____    Priority unsecured claims

$ _____    General unsecured claims

$ _____    Equity security holders

$ _____    TOTAL PAYMENTS MADE IN THIS DISTRIBUTION

Questions regarding plan distributions may be directed to:

Name: _____

Company: _____

Address 1: _____

Address 2: _____

City, State, ZIP: _____

Telephone: _____

Facsimile: _____

Email: _____

Relationship to Plan proponent: _____

I certify under penalty of perjury that the above is true.

Date:  _____          _____
                                          Disbursing Agent

*rev.8/1/15*