UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
Tel.: 973-696-8391
Carlos D. Martinez, Esq.
cmartinez@scura.com

In Re:

RAYMOND A. VASQUEZ,

Debtor.

Order Filed on August 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 21-11342

Hearing Date: 08/18/2022 @ 10 am

Judge: JKS

Chapter: 11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 18, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Scura, Wigfield, Heyer Stevens, & Cammarota, LLP. | $25,127.50 | $571.91 |

*rev.8/1/15*