**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
1 Harmon Meadow Boulevard - Ste 201
Secaucus, New Jersey 07094
Tel.: 973-696-8391
Carlos D. Martinez, Esq.
Email: cmartinez@scura.com
*Counsel for Debtor*

**Order Filed on August 24, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

*In re:*

RAYMOND A. VASQUEZ,

DEBTOR.

Case No. 21-11342 (JKS)

Chapter 11

Hon. Judge John K. Sherwood

Hearing Date and Time:
06/28/2022 at 10:00 a.m.

*Oral Argument Not Requested Unless Timely Obj. is Filed*

## ORDER PURSUANT TO 11 U.S.C. § 350(A) AND F.R.B.P. 3022 ISSUING A FINAL ORDER CLOSING THE CASE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 24, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

Upon consideration of Raymond A. Vasquez (the "Debtor") Motion for an Order closing this Chapter 11 case, pursuant to 11 U.S.C. §350(a) and F.R.B.P. 3022; and the Court having been satisfied that the Chapter 11 case has been substantially consummated within the meaning of section 1101(2) of the Bankruptcy Code; and it appearing; and consideration of the Motion and the relief request therein being a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A); and venue being proper before the Court pursuant to 28 U.S.C. §§1408 and 1409; and there being no objection thereto; it is hereby **ORDERED** as follows:

1. The Debtor's Motion is granted as provided herein;
2. A final decree shall be entered, and the Chapter 11 case filed by Raymond A. Vasquez, shall be closed;
3. All professional fees and expenses previously allowed on an interim basis in favor of the Debtor's counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, are hereby allows on a final basis;
4. Within thirty days from the entry of this Order, the Debtor must file all required post-confirmation and quarterly reports and make payment of any outstanding statutory fees pursuant to 28 U.S.C. 1930 through the date of this Order; the United States Trustee reserves all rights, including, but not limited to, seeking to reopen the case if fees have no been paid as required herein.