**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1 Harmon Meadow Boulevard - Ste 201
Secaucus, New Jersey 07094
Tel.: 973-696-8391
Carlos D. Martinez, Esq.
Email: cmartinez@scura.com
*Counsel for Debtor*



Order Filed on August 24, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:*<br><br>Raymond A. Vasquez,<br><br>　　　　　　　　　Debtor. | Case No. 21-11342 (JKS)<br><br>Chapter 11<br><br>Hon. Judge John K. Sherwood<br><br>Hearing Date and Time:<br>06/28/2022 at 10:00 a.m.<br><br>*Oral Argument Not Requested Unless Timely Obj. is Filed* |

## ORDER PURSUANT TO 11 U.S.C. § 350(A) AND F.R.B.P. 3022 ISSUING A FINAL ORDER CLOSING THE CASE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 24, 2022**　　　　　_____

Honorable John K. Sherwood
United States Bankruptcy Court

Upon consideration of Raymond A. Vasquez (the "Debtor") Motion for an Order closing this Chapter 11 case, pursuant to 11 U.S.C. §350(a) and F.R.B.P. 3022; and the Court having been satisfied that the Chapter 11 case has been substantially consummated within the meaning of section 1101(2) of the Bankruptcy Code; and it appearing; and consideration of the Motion and the relief request therein being a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A); and venue being proper before the Court pursuant to 28 U.S.C. §§1408 and 1409; and there being no objection thereto; it is hereby **ORDERED** as follows:

1. The Debtor's Motion is granted as provided herein;

2. A final decree shall be entered, and the Chapter 11 case filed by Raymond A. Vasquez, shall be closed;

3. All professional fees and expenses previously allowed on an interim basis in favor of the Debtor's counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, are hereby allows on a final basis;

4. Within thirty days from the entry of this Order, the Debtor must file all required post-confirmation and quarterly reports and make payment of any outstanding statutory fees pursuant to 28 U.S.C. 1930 through the date of this Order; the United States Trustee reserves all rights, including, but not limited to, seeking to reopen the case if fees have no been paid as required herein.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-11342-JKS |
| Raymond A. Vasquez | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 25, 2022 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond A. Vasquez, 110 Lucht pl, Secaucus, NJ 07094-4204 |
| aty | #+ | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP., 1599 Hamburg Turnpike, P.O. Box 2031, Wayne, NJ 07474-2031 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlos D Martinez | on behalf of Debtor Raymond A. Vasquez cmartinez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;bramirez@scura.com;spereyra@scura.com;14817@notices.nextchapterbk.com |
| David L. Stevens | on behalf of Debtor Raymond A. Vasquez dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA6 dcarlon@kmllawgroup.com, |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: pdf903 | Total Noticed: 2 |

Douglas J. McDonough
    bkgroup@kmllawgroup.com

    on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA6 dmcdonough@flwlaw.com

Gavin Stewart
    on behalf of Creditor Fifth Third Bank bk@stewartlegalgroup.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7